IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

CHARITY LEWIS                                                PLAINTIFF

V.                           05-CV-2035

STREET & PERFORMANCE, INC.                                   DEFENDANT

## ORDER

On the 16th day of May, 2006, this matter came on for trial to a duly selected jury consisting of eight members, the Hon. Robert T. Dawson presiding. The trial continued until May 17, 2006, when the case was submitted to the jury on interrogatories and a unanimous verdict was reached as to each interrogatory as follows:

**INTERROGATORY NO. 1:** ON PLAINTIFF'S CLAIM THAT DEFENDANT WAS SEXUALLY HARASSED AS SUBMITTED IN INSTRUCTION NO. 12, WE THE JURY FIND IN FAVOR OF:

PLAINTIFF _____

DEFENDANT \_\_\_X\_\_\_

**INTERROGATORY NO. 2:** ON PLAINTIFF'S CLAIM THAT DEFENDANT RETALIATED AGAINST HER FOR COMPLAINING ABOUT THE SEXUAL HARASSMENT, AS SUBMITTED IN INSTRUCTION NO. 13, WE THE JURY FIND IN FAVOR OF:

PLAINTIFF _____

DEFENDANT \_\_\_X\_\_\_

IT IS ORDERED AND ADJUDGED in accordance with the answer to the above interrogatories and jury verdict, that the Plaintiff takes nothing on her complaint filed herein and the matter is

DISMISSED WITH PREJUDICE.  All parties are to bear their respective costs and attorney's fees.

Dated this 17th day of May 2006.

/s/Robert T. Dawson
Hon. Robert T. Dawson
United States District Judge